UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CLIFTON TERRON LEE,

       Petitioner,　　　　　　　　　　Case No. 1:19-cv-749

v.　　　　　　　　　　　　　　　　　Honorable Paul L. Maloney

JOHN DAVIDS,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as duplicative.

Dated:　October 22, 2019　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　United States District Judge